[No. 43375-0-I.    Division One.    April 3, 2000.]

TAHIR BAWAZIR, *Appellant*, v. THE BOEING COMPANY, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 98-2-14646-0, Jim Bates, J., entered August 28, 1998. *Affirmed* by unpublished opinion per Cox, J., concurred in by Grosse and Kennedy, JJ.

[No. 44985-1-I.    Division One.    April 3, 2000.]

NORTHWEST HEALTH SERVICES, *Respondent*, v. GREAT REPUBLIC LIFE INSURANCE COMPANY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-2-06092-1, Suzanne Marie Barnett, J., entered May 28 and June 7, 1999. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Grosse and Cox, JJ.

[No. 18130-8-III.    Division Three.    April 6, 2000.]

DANIEL E. RENNICK, *Respondent*, v. GTE DIRECTORIES SALES CORPORATION, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 93-2-05641-3, Linda G. Tompkins, J., entered December 17, 1998. *Reversed* by unpublished opinion per Kato, J., concurred in by Kurtz, C.J., and Brown, J.

[No. 18482-0-III.    Division Three.    April 6, 2000.]

BETTY J. POUTOUS, *Respondent*, v. WILLIAM C. HARRISON, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Spokane County, No. 97-2-03124-3, Robert D. Austin, J., entered May 14, 1999. *Affirmed* by unpublished per curiam opinion.